IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,                OPINION AND ORDER

  v.

                                                     11-cv-341-wmc

ADVANCE AUTO BODY LLC,
SHAWN BIERD and KATRINA BIERD,

        Defendants.

---

On May 17, 2011, plaintiff United States of American filed this civil action against defendants alleging a multitude of violations of the federal tax code. Six days later, plaintiff filed a motion seeking a preliminary injunction against defendants under Fed. R. Civ. P. 65(a) and 26 U.S.C. § 7402(a), along with accompanying proposed findings of fact, supporting affidavit and memorandum. (Dkt. #3.) Accordingly,

IT IS ORDERED THAT: (1) plaintiff must file with the court proof that defendants have been served with (a) plaintiff's motion for preliminary injunctive relief and its accompanying documents (dkts. ##3 - 6), (b) this order and (c) the court's "Procedure to be Followed on Motions for Injunctive Relief," which is attached to this order; (2) defendants will have 21 days after being served in which to file their responses to plaintiff's motion; and (3) once plaintiff files with the court proof of service on defendants, the court will set a hearing date on the motion for preliminary injunction if and as necessary.

      Entered this 24th day of May, 2011.

                                                       BY THE COURT:

                                                       /s/

                                                       _____
                                                       WILLIAM M. CONLEY
                                                       District Judge