IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ADVANCE AUTO BODY LLC,
SHAWN BIERD and
KATRINA BIERD,

    Defendants.

JUDGMENT
IN A CIVIL CASE

11-cv-341-wmc

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that defendant Katrina Bierd is dismissed from this case and default judgment is entered against defendant Advance Auto Body LLC in the amount of $118,558.82 and against defendant Shawn Bierd in the amount of $26,112.12, all with statutory interest accruing since September 3, 2012, until paid.

By: _[signature]_, Deputy Clerk
Peter Oppeneer, Clerk of Court

1-3-2013
Date