IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

                Plaintiff,                ORDER

v.

                                            11-cv-341-wmc

ADVANCE AUTO BODY LLC,
SHAWN BIERD and KATRINA BIERD,

                Defendants.

---

On February 7, 2013, the court ordered Shawn Bierd incarcerated until he filed and served certain IRS forms. (Dkt. #62.) Today, the court received notice that the United States has received the necessary forms. (Dkt. #66.) Accordingly, the court will order Bierd's release.

ORDER

IT IS ORDERED that Shawn Bierd be released from incarceration.

Entered this 12th day of February, 2013.

                                            BY THE COURT:

                                            WILLIAM M. CONLEY
                                            District Judge