IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

                 Plaintiff,                 ORDER

v.

                                                           11-cv-341-wmc

SHAWN BIERD,

                 Defendant.

---

On February 12, 2013, the government advised that defendant Shawn Bierd complied with this court's orders by providing certain IRS forms. (Dkt. #66.) Since then, the court has not heard from the government as to the status of this matter. Accordingly, the parties are to advise the court no later than April 26, 2013, as to the status of this matter, what further action is requested of the court, if any, and propose a schedule to complete this lawsuit.

Entered this 8th day of April, 2013.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge